176 A.3d 785

IN THE MATTER OF WILLIAM E. WACKOWSKI, AN ATTORNEY AT LAW (ATTORNEY NO. 013962001)

D–190 September Term 2016
079713

January 11, 2018

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 17–034, concluding on the record certified to the

Board pursuant to Rule 1:20–4(f)(default by respondent) that **WILLIAM E. WACKOWSKI of POINT PLEASANT,** who was admitted to the bar of this State in 2001, should be reprimanded for violating RPC 1.4(b)(failure to communicate with the client), and RPC 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **WILLIAM E. WACKOWSKI** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20–17.